# THE UNITED STATES DISTRICT COURT

# THE DISTRICT OF UTAH

| | |
|---|---|
| ALI M. ALI,<br><br>      Plaintiff,<br>v.<br><br>EXPRESS RECOVERY SERVICES, INC.; and I.C. SYSTEM, INC.,<br><br>      Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [28] REPORT AND RECOMMENDATION**<br><br>Case No. 2:22-cv-00096-DBB-JCB<br><br>District Judge David Barlow<br>Magistrate Judge Jared Bennett |

## BACKGROUND

The Report and Recommendation[1] issued by United States Magistrate Judge Jared Bennett on May 17, 2022 recommends that Defendant I.C. System, Inc.'s (ICS) motion to dismiss be granted.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2).[3] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation of Judge Bennett is adopted.

---

[1] Report and Recommendation (R&R), ECF No. 28.
[2] *Id.* at 2–3. Defendant Express Recovery Services was previous dismissed from the case. *See* Docket Text Order dated May 2, 2022, ECF No. 27. ICS is the only remaining defendant.
[3] R&R at 3.

1

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED. Defendant's Motion to Dismiss is GRANTED, and Plaintiff's claims are dismissed with prejudice.

Signed June 6, 2022.

BY THE COURT

_____
David Barlow
United States District Court Judge